HARRIET P. KENDALL *vs.* ESTELLE E. LUTHER,
ADMINISTRATRIX.

Third Judicial District.

Argued June 9th—decided July 20th, 1909.

PLEA IN ABATEMENT by the plaintiff to an appeal to this court taken by the defendant, for an alleged failure to file a notice of appeal. *Plea overruled.*

701

*William W. Bierce,* in support of the plea in abatement.

*Edwin S. Thomas,* in opposition to the plea in abatement.

PER CURIAM. The plea is overruled for reasons stated in *Hull* v. *Thoms, ante,* p. 386, 73 Atl. 793.